

FILED 28 SEP '11 16:48USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 11-CR- 386- HA |
| v. | **INDICTMENT** |
| ANDREW LAUD BARNETT, | [18 U.S.C. §111] |
| **Defendant.** | |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Assault of Officer)

On or about August 6, 2011, in Portland, Multnomah County, in the District of Oregon, ANDREW LAUD BARNETT, defendant herein, unlawfully and knowingly did forcibly assault, resist, oppose, impede, intimidate and interfere with Brett S. Russell, a Multnomah County Deputy Sheriff who was assisting under contract the United States Marshal for the District of Oregon in the performance of the United States Marshal's official duties as custodian of federal prisoners, and in so doing said ANDREW LAUD BARNETT did engage in acts of physical contact with Brett S. Russell while Brett S. Russell was engaged in his official duties, namely,

////

////

////

Page 1 -    INDICTMENT

defendant ANDREW LAUD BARNETT did propel into Deputy Sheriff Russell's face, eyes, nose and mouth a mixture of human urine and feces; all in violation of Title 18, United States Code, Section 751(a).

Dated this 27 day of September 2011.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney
District of Oregon

STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney

Page 2 -   INDICTMENT