Jacob Wieselman OSB 05100
1001 5th Ave., Suite 1414
Portland, OR 97204
Telephone 503 697-7277
Facsimile  503 677-9299
jackw@wgroup-law.com

Attorney for Andrew Laud Barnett


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case CR-11-386-HA |
| Plaintiff, | MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL AND REQUEST FOR EX-PARTE HEARING |
| v. | |
| ANDREW LAUD BARNETT | (Ex-Parte Hearing requested) |
| Defendant. | |

Jacob Wieselman, counsel for defendant Andrew Laud Barnett and at his request, moves this Court for permission to withdraw as attorney of record in this case.  Mr. Barnett has requested that I ask the Court to substitute new counsel to act on his behalf.  The attorney-client relationship between Mr. Barnett and the undersigned has recently broken down.  The specific grounds for the motion will be discussed at any hearing set by this Court, when directed by this Court and with Mr. Barnett's permission, in order to protect Mr. Barnett's rights in this case.

Mr. Barnett will not object to the instant request to withdraw, joins herein and presumably will not object to any resultant delay in adjudication of his case in order to accommodate the substitution of counsel, although such consent and waiver of his speedy trial rights should be elicited directly from Mr. Barnett at the hearing on this motion.

Mr. Barnett is currently in custody at the Multnomah County Justice Center in Portland, Oregon.

The United States takes no position on this motion.

RESPECTFULLY SUBMITTED this 1st day of March, 2012.


/s/  *Jacob Wieselman*
Jacob Wieselman, OSB 05100
Attorney for Defendant Andrew Laud Barnett

Jacob Wieselman OSB 05100
1001 5th Ave., Suite 1414
Portland, OR 97204
Telephone 503 697-7277
Facsimile  503 677-9299
jackw@wgroup-law.com

**Attorney for Andrew Laud Barnett**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case CR-11-386-HA |
| Plaintiff, | ORDER |
| v. | |
| ANDREW LAUD BARNETT | |
| Defendant. | |

Defendant Andrew Laud Barnett's *Motion to Withdraw and for Substitution of Counsel*

having come to this Court, after consideration of same, it is hereby:

GRANTED, AND ORDERED THAT:

SO ORDERED this _____ day of March, 2012

_____
The Honorable Ancer L. Haggerty

Presented by:

/s/ *Jacob Wieselman*_____
Jacob Wieselman, OSB 05100
Attorney for Andrew Laud Barnett

1 - *United States v. Andrew Laud Barnett*
 USDC Oregon Case CR 11-386-HA
 ORDER