UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

CR 11-386

UNITED STATES OF AMERICA

v.                                          (MOTION)

ANDREW LAUD BARNETT                         (18 U.S.C. §4242)


MOTION FOR PRETRIAL PSYCHIATRIC/PSYCHOLOGICAL EXAM

THIS IS A NOTICE TO THE COURT THAT DEFENDANT INTENDS TO RELY

ON THE DEFENCE OF INSANITY, AND AT THIS TIME WOULD ASK THE

COURT TO ORDER THAT A PSYCHIATRIC OR PSYCHOLOGICAL EXAM BE

CONDUCTED OF THE DEFENDANT, AND THAT A REPORT BE FILED WITH

THE COURT, PURSUANT TO THE PROVISIONS OF SECTIONS 4247 &

4242 UNDER Title 18, OF THE U.S. CRIMINAL CODE.

4242 a.) "UPON THE FILING OF A NOTICE THAT THE DEFENDENT
INTENDS TO RELY ON THE DEFENSE OF INSANITY, THE COURT,
"UPON MOTION" MUST ORDER A EXAMINATION OF THE DEFENDANT
BE CONDUCTED.

WHEREFORE, WE RESPECTFULLY MOVE THAT THE LAW BE UPHEALD.

DATE 3-5-12

ATTORNEY Andrew L Barnett

ON THE NEW CHARGE OF ASSULTING A FEDERAL officer, I ANDREW BARNETT AM GOING TO RELY ON THE DEFENSE OF INSANITY. THOUGH I AM COMPETENT NOW I WAS NOT AIN WHEN THE ACT WAS COMITED.
INDER "Title 18 sec 4242" IM ASKING THE COURT TO ORDER ME TO BE SENT FOR PHYCHIATRIC EXAM TO DETERMAIN IF FACT I WAS INSANE...