FILED 24 MAY '12 09:47 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

ANDREW LAUD BARNETT,

Defendant.

Case No. 11–CR-00386-HA

<u>SUPERSEDING INDICTMENT</u>
18 U.S.C. § 111

### THE GRAND JURY CHARGES:

### <u>COUNT 1</u>
### (Assault of Officer)

On or about August 5, 2011, in Portland, Multnomah County, in the District of Oregon,

ANDREW LAUD BARNETT, defendant herein, unlawfully and knowingly did forcibly assault,

resist, oppose, impede, intimidate and interfere with Brett S. Russell, a Multnomah County

Deputy Sheriff who was assisting under contract the United States Marshal for the District of

Oregon in the performance of the United States Marshal's official duties as custodian of federal

prisoners, and in so doing said ANDREW LAUD BARNETT did engage in acts of physical

contact with Brett S. Russell while Brett S. Russell was engaged in his official duties, namely,

////

////

////

////

defendant ANDREW LAUD BARNETT did propel into Deputy Sheriff Russell's face, eyes, nose and mouth a mixture of human urine and feces; all in violation of Title 18, United States Code, Section 111.

DATED this 23 day of May 2012.

A TRUE BILL

_____
OFFICIATING FOREPERSON

Presented by:
S. AMANDA MARSHALL
United States Attorney

_____
STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney

**Page 2 - SUPERSEDING INDICTMENT**